IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA )
)
v. ) CASE NO. CR413-203
)
DURRELL SHAWNTA JONES, )
DEMETRIOUS ALLEN HALL, and )
RANDY LA'SHEEN JONES, )
)
    Defendants. )
)

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 131), to which no objections have been filed. After a careful review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, Defendants' Motions to Suppress (Doc. 43; Doc. 52; Doc. 116) and Motion to Dismiss (Doc. 96) are **DENIED**.

SO ORDERED this 8th day of January 2015.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA