IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. CR413-203 |
| | ) | |
| DURRELL SHAWNTA JONES, KENDALL ALPHONZO STEVENS, DEMETRIUS ALLEN HALL, and RANDY LA'SHEEN JONES, | ) ) ) ) | |
| | ) | |
| Defendants. | ) ) | |

## O R D E R

Before the Court are the Government's Motions to Sever (Doc. 85; Doc. 105). In these motions, the Government seeks to sever both Defendant Kendall Alphonzo Stevens (Doc. 85) and Defendant Durrell Shawnta Jones (Doc. 105) for purposes of trial. In support of its motions, the Government states that they intend to introduce at trial "jailhouse confessions" by both Defendants Stevens and Durrell Jones that also implicate their co-Defendants. The separate trials are necessary to preserve Defendants' rights under the Sixth Amendment's confrontation clause. See Bruton v. United States, 391 U.S. 123, 125 (1968) (holding curative instruction insufficient to preserve co-defendants' rights under the Sixth Amendment's confrontation clause). Therefore, the Government seeks to try Defendants Stevens and Durrell Jones, each in separate trials, then try

together Defendants Hall and Randy Jones, for a total of three trials.

No Defendant has responded to either of the Government's motions. Therefore, the Court understands that no Defendants oppose the motion. See S.D. Ga. L.R. 7.5 ("Failure to respond within the applicable time period shall indicate that there is no opposition to a motion."). Accordingly, the Government's motions are **GRANTED** and Defendants Stevens and Durrell Jones are hereby **SEVERED** from the remaining Defendants for purposes of trial only. The Court will conduct separate trials for Defendant Stevens, Defendant Durrell Jones, and Defendants Hall and Randy Jones.

SO ORDERED this 12th day of January 2015.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA